UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brigette A. Artiaga<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Jaguar Land Rover North America, LLC<br><br>　　　　Defendant. | Case No.  1:23-cv-1138-KES-EPG<br><br>**JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** judgment is hereby ENTERED in accordance with the Notice of Acceptance with Offer of Judgment filed 1/17/2025.

January 17, 2025                                        KEITH HOLLAND, CLERK

                                                                          By: /s/  R. Gonzalez,
                                                                          Deputy Clerk